# Third District Court of Appeal

## State of Florida

Opinion filed March 16, 2022.
Not final until disposition of timely filed motion for rehearing.

_____

Nos. 3D21-0304 & 3D21-317
Lower Tribunal Nos. 13-8723 SP, 20-271 AP, 20-272 AP

_____

**United Automobile Insurance Company,**
Appellant,

vs.

**Hialeah Medical Associates, a/a/o Sergio Flores Fraga,**
Appellee.


Appeals from the County Court for Miami-Dade County, Michael G. Barket, Judge.

Michael J. Neimand, for appellant.

Kula & Associates, P.A., and Elliot B. Kula and W. Aaron Daniel, for appellee.


Before EMAS, HENDON and BOKOR, JJ.

PER CURIAM.

Affirmed.